# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| ARTAVIAS COLE | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:17-CV-513 |
| BEAUMONT POLICE DEPARTMENT, *et al.*, | § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Artavias Cole, a pre-trial detainee at the Jefferson County Correctional Facility, proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 against the defendants.

The court referred this matter to the Honorable Keith Giblin United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the complaint be dismissed for want of prosecution as plaintiff has not paid the initial partial filing fee.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleading. Plaintiff filed objections to the Report and Recommendation of United States Magistrate Judge. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court finds plaintiff's objections lacking in merit. Plaintiff has had ample time to pay the initial partial filing fee as ordered and has yet to do so.

## ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED** this the 9 day of **August, 2018.**

Thad Heartfield
United States District Judge